IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) ) | 8:10CV102 |
| vs. | ) ) | ORDER |
| RAJNISH K. DAS and STORMY L. DEAN, | ) ) ) | |
| Defendants. | ) | |

    This matter is before the court on the plaintiff's motion (Filing 5) for the withdrawal of Mary S. Brady as an attorney of record for the SEC. Ms. Brady was added as counsel of record in this case because she signed the complaint. Upon lead counsel's representations that all the other attorneys whose signatures appear on the complaint are, in fact, participating in the case,

    **IT IS ORDERED:**

    1.   The appearance of Mary S. Brady as counsel for the Securities and Exchange Commission is deemed withdrawn.

    2.   For purposes of this action, Mary S. Brady is hereby excused from registering to practice in this district and from registering for the court's CM/ECF System (see Filing 4).

    3.   Plaintiff's counsel are ordered to correct the signature blocks in future pleadings to omit the name of Mary S. Brady. Future documents filed with Ms. Brady's signature will result in her being deemed counsel of record.[1]

    **DATED March 17, 2010.**

                                                            **BY THE COURT:**

---

    [1]In this district, an attorney appears in a case by filing a written entry of appearance or a signed pleading. *See* NEGenR 1.3(d).

s/ F.A. Gossett
United States Magistrate Judge