## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | |
| **Plaintiff,** | ) ) | **8:10CV102** |
| **V.** | ) ) | |
| **RAJNISH K. DAS, and STORMY L. DEAN,** | ) ) ) | **ORDER** |
| **Defendants.** | ) ) ) | |

This matter is before the court on Defendants' Unopposed Motion to Amend Order Setting Final Schedule for Progression of Case for Limited Purpose of Altering Rebuttal Expert Disclosure Date (filing 72).  The motion will be granted.

**IT IS ORDERED:**

1.   Defendants' Unopposed Motion to Amend Order Setting Final Schedule for Progression of Case for Limited Purpose of Altering Rebuttal Expert Disclosure Date (filing 72) is granted;

2.   Rebuttal expert witnesses shall be disclosed by June 6, 2011;

3.   All other scheduled dates remain the same.

**DATED May 27, 2011.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**