# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV102 |
| V. | ) ) | |
| RAJNISH K. DAS, and STORMY L. DEAN, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on Amber L. Abbuhl's Motion to Withdraw as Counsel of Record for Defendant Rajnish Das (filing 73). Defendant will continue to be represented by other counsel. Accordingly, the motion will be granted.

**IT IS ORDERED:**

1. The Motion to Withdraw (filing 73) is granted. Attorney Amber L. Abbuhl is granted leave to withdraw as counsel for Defendant Rajnish Das.

2. The Clerk shall terminate the appearance of Amber L. Abbuhl as defense counsel.

3. The Clerk shall terminate future notices to Amber L. Abbuhl in this matter.

**DATED May 31, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**