# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV102 |
| V. | ) ) | |
| RAJNISH K. DAS, and STORMY L. DEAN, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on the Stipulated Motion to Amend Order Setting Final Schedule for Progression of Case for Limited Purpose of Extending the Deposition Deadline Date (filing 77).  The Motion will be granted.

IT IS ORDERED that the Stipulated Motion to Amend Order Setting Final Schedule for Progression of Case for Limited Purpose of Extending the Deposition Deadline (filing 77) is granted.  All depositions shall be completed by July 29, 2011.  The other deadlines set forth in the scheduling order remain the same.

**DATED June 7, 2011.**

**BY THE COURT:**

**S/ F.A. Gossett**
**United States Magistrate Judge**