## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | CASE NO. 8:10CV102 |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| RAJNISH K. DAS and STORMY L. DEAN, | ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on Defendants Rajnish K. Das and Stormy L. Dean's Motion to Extend Time to file a reply brief in support of their Motion for Summary Judgment (Filing No. 109).  In their Motion, Defendants request until and including August 25, 2011, to file a reply brief in support of their Motion for Summary Judgment (Filing No. 84.) Plaintiff Securities and Exchange Commission ("SEC") objects to the extension of time. (Filing No. 110.)  The Court finds that Defendants' Motion should be granted in the interest of justice.  Accordingly,

IT IS ORDERED:

1.    Defendants' Motion to Extend Time (Filing No. 109) to file a reply brief in support of their Motion for Summary Judgment is granted; and

2.    Defendants shall file their reply brief in support of their Motion for Summary Judgment (Filing No. 84) on or before August 25, 2011.

DATED this 22nd day of August, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge