# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 8:10CV102 |
| V. | ) ) | |
| RAJNISH K. DAS, and STORMY L. DEAN, | ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the court on Kimberly L. Frederick's Motion for Leave to Withdraw as Counsel of Record for Defendant Stormy L. Dean (filing 146). Upon the representation that Mr. Dean will continue to be represented in this matter,

**IT IS ORDERED:**

1. Kimberly L. Frederick's Motion for Leave to Withdraw as Counsel of Record for Defendant Stormy L. Dean (filing 146) is granted.

2. The Clerk shall terminate the appearance of Kimberly L. Frederick as counsel for Mr. Dean.

3. The Clerk shall terminate future notices to Kimberly L. Frederick in this matter.

**DATED December 5, 2011.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**