## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) | |
| | ) | |
| Plaintiff, | ) | **8:10CV102** |
| | ) | |
| V. | ) | |
| | ) | |
| **RAJNISH K. DAS, and STORMY L. DEAN,** | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on Olympia Z. Fay's Motion for Leave to Withdraw as Counsel of Record for Defendant Stormy L. Dean (filing 149). Upon the representation that Mr. Dean will continue to be represented in this matter,

**IT IS ORDERED:**

1.    Olympia Z. Fay's Motion for Leave to Withdraw as Counsel of Record for Defendant Stormy L. Dean (filing 149) is granted.

2.    The Clerk shall terminate the appearance of Olympia Z. Fay as counsel for Mr. Dean.

3.    The Clerk shall terminate future notices to Olympia Z. Fay in this matter.

**DATED December 5, 2011.**

                         **BY THE COURT:**

                         **S/ F.A. Gossett**
                         **United States Magistrate Judge**