## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) | CASE NO. 8:10CV102 |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| RAJNISH K. DAS and STORMY L. DEAN, | ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Request for Transcript (Non-Party) (Filing No. 226) filed on behalf of InfoUSA, Inc. ("InfoUSA"), which is not a party to this case. InfoUSA requests a transcript of the trial relating to the above captioned case that was held on February 14, 2012, through March 1, 2012, and a transcript of the parties' closing arguments held on March 1, 2012. InfoUSA has agreed to be responsible for all charges connected with preparing the transcript. The Request will be granted. Accordingly,

IT IS ORDERED:

1. The Request for Transcript (Non-Party) (Filing No. 226) is granted;

2. The Court Reporter will prepare a transcript of the trial relating to the above captioned case that was held on February 14, 2012, through March 1, 2012, and the transcript of the closing arguments held on March 1, 2012, and deliver them to InfoUSA's counsel at the following address:

> InfoUSA, Inc., c/o Jill Robb Ackerman
> Baird Holm LLP
> 1500 Woodmen Tower
> 1700 Farnam St.
> Omaha, NE 68120-2068

2.     InfoUSA will bear and be responsible for all charges connected with preparing the transcripts.

DATED this 8th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge