IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,** | ) ) ) | **CASE NO. 8:10CV102** |
| **Plaintiff,** | ) ) ) | **ORDER** |
| v. | ) ) | |
| **RAJNISH K. DAS and STORMY L. DEAN,** | ) ) ) | |
| **Defendants.** | ) ) | |

This matter is before the Court on the Motion by InfoGroup, Inc., for Leave to File an Amicus Curiae Brief (Filing No. 247). As senior executives of InfoGroup, Inc. ("Info"), a Delaware corporation, the Defendants have made financial claims against Info for expenses they have incurred in this case and the related investigation carried out by the Plaintiff Securities and Exchange Commission ("SEC"). Info contends that the resolution of the Motion for Remedial Relief and Entry of Final Judgment Against Defendants (Filing No. 228) filed by the SEC may have a significant financial impact on Info. Therefore, Info seeks leave to submit an amicus brief to address the issues raised by the SEC and the Defendants in support of and in opposition to the SEC's motion. Info requests that it be permitted to file its brief no later than five business days after the SEC files its reply brief in support of its motion, which is currently due on or before May 1, 2012. Info's Motion will be granted. Accordingly,

IT IS ORDERED:

1. The Motion by InfoGroup, Inc., for Leave to File an Amicus Curiae Brief (Filing No. 247) is granted;

2. InfoGroup, Inc., will file its amicus curiae brief on or before May 8, 2012; and

3. All parties wishing to respond to the amicus brief filed by InfoGroup, Inc., will do so on or before May 22, 2012.

DATED this 25th day of April, 2012.

BY THE COURT:

S/Laurie Smith Camp
Chief United States District Judge