# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, ) ) ) Plaintiff, ) ) vs. ) ) RAJNISH K. DAS and ) STORMY L. DEAN, ) ) Defendants. ) | Case No. 8:10cv102 PLANNING CONFERENCE REPORT |

A telephonic status conference was held on October 24, 2013. Thomas Krysa and Nicholas Heinke represented the plaintiff SEC and David Zisser represented defendant Dean. Counsel informed the court that they do not seek to be heard on the reconsideration of civil penalties and that the court may determine the issue without further input.

Therefore, no progression schedule will be issued and the civil penalties may be determined by Chief Judge Laurie Smith Camp without further input.

Dated this 24th day of October 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge